# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00355-CV

### G. B. and T. B., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

## FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## NO. 18-0782, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant G. B. filed his notice of appeal on May 20, 2019. The appellate record was complete June 6, 2019, making appellant's brief originally due June 26, 2019. On July 2, 2019, this Court ordered counsel to file appellant's brief no later than July 17, 2019. On July 17, 2019, counsel for appellant filed a second motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, because counsel for appellant G.B. was only recently appointed as substitute appellate counsel, we will grant the motion and order counsel to file appellant's brief

no later than July 31, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on July 23, 2019.


Before Chief Justice Rose, Justices Triana and Smith